DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
  jimmynguyen@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com

Attorneys for Defendant
MEN'S JOURNAL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV12-00771 DSF (Ex)

DAVID BOORSTEIN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

MEN'S JOURNAL LLC, a Delaware limited liability company,

Defendant.

Case No.

DECLARATION OF JOHN REESE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT

State Action Filed:
        December 22, 2011

REESE DECLARATION IN SUPPORT OF NOTICE OF REMOVAL
DWT 18886730v1 3920109-000008

## DECLARATION OF JOHN REESE

I, John Reese, declare and state as follows:

1.     I am the Executive Director of Consumer Marketing for Men's Journal LLC, which publishes *Men's Journal* magazine. I have personal knowledge of the facts contained in this declaration. If called upon to testify, I could and would competently testify thereto.

2.     In my job capacity with Men's Journal LLC, I am familiar with the number of subscribers to *Men's Journal* magazine. I also have access to the company's data reporting the number of subscribers by state (based upon the zip code of the address provided by subscribers.) I obtained and reviewed my company's data concerning the number of subscribers to *Men's Journal* magazine who have an address in California; as of the date of this declaration, there are over 50,000 subscribers in California to *Men's Journal* magazine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _25_ day of January 2012 at New York, New York.

_____
John Reese

REESE DECLARATION IN SUPPORT OF NOTICE OF REMOVAL
DWT 18886730v1 3920109-000008

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE VIA FEDERAL EXPRESS

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On January 27, 2012, I served the foregoing document described as:

### DECLARATION OF JOHN REESE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT

by placing a **true copy** of said document enclosed in a sealed envelopes for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Sean Reis, Esq.
**EDELSON McGUIRE LLP**
**30021 Tomas Street, Suite 300**
**Rancho Santa Margarita, CA 92688**
**Tel: (949) 459-2124**
**Fax: (949) 459-2123**
sreis@edelson.com

I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by **Federal Express**.  Such correspondence will be deposited with a facility regularly maintained by **Federal Express** for receipt on the next business day.

Executed on January 27, 2012, at Los Angeles, California.

☒ Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Ellen Duncan
Print Name                          Signature

PROOF OF SERVICE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899