Sean Reis (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

*Counsel for Plaintiff and the putative class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID BOORSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MEN'S JOURNAL LLC, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 12-CV-00771-DSF-E<br><br>**[PROPOSED] ORDER FINDING PLAINTIFF'S PROPOSED AMENDMENTS ARE WITHIN THE SCOPE OF THE COURT'S ORDER OR, ALTERNATIVELY, GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date:　July 30, 2012<br>Time:　1:30 p.m.<br>Ctrm:　840<br><br>[Hon. Dale S. Fischer]<br><br>State Action Filed: December 22, 2011<br>Removed: January 27, 2012 |

Having considered Plaintiff's Motion for Clarification or, in the Alternative, For Leave to File a Second Amended Complaint, the Court hereby:

FINDS that Plaintiff's proposed amendments to his First Amended Complaint under Cal. Civ. Code §§ 1798.84(c) § 1798.84(e) fall within the scope of permissible amendments described in the Court's June 14, 2012 Order granting limited leave to amend.

OR

GRANTS Plaintiff leave to file a Second Amended Complaint requesting civil penalties under Cal. Civ. Code § 1798.84(c) and injunctive relief under Cal. Civ. Code § 1798.84(e).

IT IS SO ORDERED

Dated: _____        _____
                                   Hon. Dale S. Fischer
                                   United States District Court Judge