UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-771 DSF (Ex) | Date | 7/3/12 |
|---|---|---|---|
| Title | David Boorstein v. Men's Journal LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion for Clarification or for Leave to File Second Amended Complaint (Docket No. 37)

    On June 14, 2012, the Court issued an Order granting Defendant's motion to dismiss the First Amended Complaint (FAC). (Docket No. 36.) The Order does not require clarification. The Court granted Plaintiff leave to amend. (Order at 6.) This appears to be an effort to obtain an advisory opinion or delay the filing of an amended complaint. The Motion is DENIED. Plaintiff is ordered to file a Second Amended Complaint (SAC) **no later than Friday, July 6, 2012.** The Court expresses no opinion as to whether the proposed amendments contained in the SAC cure the defects identified in the Court's June 14 Order.

    IT IS SO ORDERED.