SEAN REIS  - SBN 184044
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

Megan Pekala - *Pro Hac Vice*
mpekala@edelson.com
EDELSON MCGUIRE LLC
999 West 18th Street Suite 3000
Denver, CO 80202
Tel: (303) 357-4979
Fax: (303) 446-9111

*Counsel for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOORSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MEN'S JOURNAL LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-00771-DSF<br><br>Hon. Dale S. Fischer<br><br>**STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**CLASS ACTION** |

STIPULATION
TO FURTHER EXTEND TIME TO FILE
MOTION FOR CLASS CERTIFICATION

CASE NO. 12-CV-00771-DSF

**RECITALS**

WHEREAS, on December 22, 2011, Plaintiff David Boorstein ("Plaintiff") filed the instant putative class action against Defendant Men's Journal LLC ("Defendant") in the Superior Court of the State of California, County of Los Angeles, under Civil Case No. BC475697;

WHEREAS, on January 27, 2012, Defendant removed the above-captioned action to the United States District Court for the Central District of California;

WHEREAS, on March 2, 2012, Defendant moved to dismiss Plaintiff's complaint pursuant to Rule 12(b)(1) and 12(b)(6);

WHEREAS, on March 12, 2012, Plaintiff filed a statement of non-opposition to Defendant's motion to dismiss and statement of intent to file a First Amended Complaint;

WHEREAS, on March 26, 2012, Plaintiff filed his First Amended Complaint;

WHEREAS, on April 23, 2012, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on June 14, 2012, after full briefing by the Parties on the motion, the Court issued an Order granting Defendant's Motion to Dismiss with leave to amend consistent with the Order;

WHEREAS, on July 6, 2012, Plaintiff filed his Second Amended Complaint consistent with the Court's Order;

WHEREAS, Defendant has represented to Plaintiff's counsel that it intends to file a motion to dismiss Plaintiff's Second Amended Complaint;

WHEREAS, Plaintiff's deadline to file a Motion for Class Certification is currently set for July 27, 2012;

WHEREAS, Plaintiff requests a sixty day extension to file his Motion for Class Certification;

1  WHEREAS, both Parties agree it would preserve the Parties' and the Court's resources to postpone the deadline for Plaintiff to file a Motion for Class Certification until and including September 25, 2012.

### STIPULATION

NOW THEREFORE, Plaintiff and Defendant, through their respective counsel of record, stipulate and agree that Plaintiff shall have until and including September 25, 2012 to file his Motion for Class Certification.

Dated: July 20, 2012          EDELSON MCGUIRE, LLP

                              By:   /s/ Sean Reis
                                    Sean Reis (No. 184044)

                              Attorney for Plaintiff
                              DAVID BOORSTEIN

Dated: July 20, 2012          DAVIS WRIGHT TREMAINE LLP

                              By:   /s/ James D. Nguyen
                                    James D. Nguyen (No. 179370)

                              Attorney for Defendant
                              MEN'S JOURNAL, LLC