SEAN REIS - SBN 184044
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

Megan Pekala - *Pro Hac Vice*
mpekala@edelson.com
EDELSON MCGUIRE LLC
999 West 18th Street Suite 3000
Denver, CO 80202
Tel: (303) 357-4979
Fax: (303) 446-9111

*Counsel for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOORSTEIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>MEN'S JOURNAL LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No. 2:12-cv-00771-DSF<br><br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**CLASS ACTION** |

[PROPOSED] ORDER
TO FURTHER EXTEND TIME TO FILE
MOTION FOR CLASS CERTIFICATION

CASE NO. 12-CV-00771-DSF

# ORDER

Having considered the parties' Stipulation To Further Extend Plaintiff's Time To File Motion For Class Certification, and for good cause shown, Plaintiff shall have until and including September 25, 2012 to file his Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: __7/23/12_____

*Dale S. Fischer*
U.S. DISTRICT COURT JUDGE