UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 12-771 DSF (Ex) | Date | 8/17/12 |
| Title | David Boorstein, et al. v. Men's Journal LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Dismiss Second Amended Complaint (Docket No. 41)

     Defendant's motion to dismiss the Second Amended Complaint (SAC) is GRANTED. The SAC is virtually identical to the First Amended Complaint (FAC), and it appears that Plaintiff does not even attempt to cure the defects identified in the Court's Order dismissing the FAC. The SAC does not add a single factual allegation suggesting that Plaintiff suffered a cognizable statutory injury under the Shine the Light (STL) law, Cal. Civ. Code § 1798.83. Rather, Plaintiff persists in alleging theories of injury that the Court previously found deficient. (See, e.g., SAC ¶¶ 64, 66, 68-69.) Also, contrary to Plaintiff's assertion, a statutory injury is required for Plaintiff to sue for civil penalties and injunctive relief. See Cal. Civ. Code § 1798.84(c) (stating that civil penalties may be sought "[i]n addition" to actual damages caused by a statutory injury); id. § 1798.84(e) (providing that a business that violates the STL may be enjoined, but failing to provide a private right of action solely for injunctive relief); id. § 1798.84(h) (stating that the remedies available under § 1798.84 are cumulative).

     The motion to dismiss is GRANTED. The Court concludes that leave to amend would be futile. The SAC is dismissed with prejudice.

     IT IS SO ORDERED.