JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID BOORSTEIN, et al.,

               Plaintiffs,

v.

MEN'S JOURNAL, LLC,

               Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 12-771 DSF (Ex)

**JUDGMENT**

      The Court having granted a motion to dismiss without leave to amend,

      IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:  8/17/12

                                 _____
                                      DALE S. FISCHER
                               United States District Judge