**FILED**

UNITED STATES COURT OF APPEALS

FEB 21 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID BOORSTEIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>MEN'S JOURNAL LLC, a Delaware limited liability company,<br><br>      Defendant - Appellee. | No. 12-56696<br><br>D.C. No. 2:12-cv-00771-DSF-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
1/21/14
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_MAT\_\_\_ DEPUTY

Before: FARRIS, N.R. SMITH, and WATFORD, Circuit Judges.

The parties' joint motion for voluntary dismissal of this appeal is GRANTED. This appeal is dismissed. *See* Fed. R. App. P. 42(b). A copy of this order served on the district court shall constitute the mandate. The parties shall bear their own costs and fees on appeal.